EPSTEIN BECKER & GREEN, P.C.
Tracey A. Cullen
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
DEMETRIUS WRIGHT,

      Plaintiff, on behalf of himself and all others similarly situated,

      – against –

BRAE BURN COUNTRY CLUB, INC.,

      Defendant.
------------------------------------------------ x

08 CV 3172 (DC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Brae Burn Country Club, Inc. Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: New York, New York
      May 5, 2008

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Tracey A. Cullen
     Tracey A. Cullen

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
tcullen@ebglaw.com

Attorneys for Defendant
Brae Burn Country Club, Inc.

NY:2547932v1