UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DEMETRIUS WRIGHT,                                :
      Plaintiff, on behalf of himself and  :   FILED VIA ECF
      all others similarly situated,       :
                                                                   :   08 CV 3172 (DC)
      - against -                          :
                                                                     : 
BRAE BURN COUNTRY CLUB, INC.,       :   **STATEMENT PURSUANT**
              Defendant.                :   **TO F.R.C.P. 7.1**
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 1.9 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, the undersigned counsel of record for defendant Brae Burn Country Club, Inc. ("Defendant") hereby certifies that Defendant has no publicly held parents, subsidiaries, or affiliates, and that no parent or publicly held corporation owns any interest in the Defendant, as such terms are defined in F.R.C.P. 7.1.

Dated: New York, New York
        May 5, 2008

                                                        EPSTEIN BECKER & GREEN, P.C.

                                                        By:   /s/ Tracey A. Cullen
                                                                 Peter M. Panken
                                                                 Tracey A. Cullen
                                                         250 Park Avenue
                                                         New York, New York 10177-1211
                                                         (212) 351-4500
                                                          Attorneys for Defendant
                                                          Brae Burn Country Club, Inc.

NY:2574435v1