EPSTEIN BECKER & GREEN, P.C.
Peter M. Panken
250 Park Avenue
New York, New York  10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEMETRIUS WRIGHT,

      Plaintiff, on behalf of himself and all
      others similarly situated,

      – against –

BRAE BURN COUNTRY CLUB, INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 3172 (DC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as lead trial counsel in this case for Brae Burn Country Club, Inc.  Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: New York, New York
     May 5, 2008

EPSTEIN BECKER & GREEN, P.C.

By:  /s/ Peter M. Panken
       Peter M. Panken

250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
tcullen@ebglaw.com

Attorneys for Defendant
Brae Burn Country Club, Inc.

NY:2547933v1