UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEMETRIUS WRIGHT,                                          :

    Plaintiff, on behalf of himself and all  :          08 CV 3172 (DC)
    others similarly situated,                    :

          – against –                              :          **AFFIDAVIT OF**
                                                          :          **MARIA CONTE**
BRAE BURN COUNTRY CLUB, INC.,                              :

    Defendant.                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       MARIA CONTE, being sworn states:

       1.    I am the Controller of Brae Burn Country Club, Inc. ("Defendant" or "Club"). I make this affidavit in support of the Club's motion to dismiss the instant lawsuit against Defendant because the only plaintiff Demetrius Wright ("Plaintiff") received a Federal Rule 68 Offer of Judgment for an amount exceeding any recovery he could receive on his claims.

    Plaintiff's Claim

       2.    I have been informed that Plaintiff's suit contends that for the purposes of computing overtime compensation, his regular rate of pay should be increased by an amount reflecting the cost or other value of his lodging in a dormitory on Defendant's premises and the meals he received while working at the Club.

    Plaintiff's Employment History

       3.    Plaintiff worked at the Club as a laundry room attendant from April 27, 2006 through April 22, 2007. The only times he worked over 40 hours in a work week were during 2006. Each week from the week ending May 14, 2006 through the week ending October 27, 2006, Plaintiff worked in excess of 40 hours. He also worked one additional hour beyond 40 during the week ending November 5, 2006. He did not work over 40 hours in any other week

during his entire employment at the Club. Attached as Exhibit A are records indicating the hours Plaintiff worked while employed by Defendant.

4.      During the weeks in which he worked overtime, Plaintiff was compensated at the rate of $9.00 per hour for all hours worked up to 40 in each work week, and at the rate of $13.50 per hour for all hours worked in excess of 40 in each work week.

5.      In this lawsuit, Plaintiff claims that he should receive an additional amount of overtime compensation based upon adding the cost of meals and lodging to his regular rate each week.

6.      Under Plaintiff's theory, in order to calculate the amount he claims to be owed, Plaintiff's regular hourly rate would be increased by the cost or value of the dormitory facility he used plus the cost or value of the meals he ate while working at the Club divided each week by the number of hours he worked. Since he was already compensated for all hours worked (including time and one half for overtime hours at his $9.00 per hour regular rate) if he is correct, Plaintiff would only be entitled to one-half of the additional amount added to his regular rate multiplied by the number of overtime hours he worked during that week.

The Cost or Value of the Meals

7.      Staff and independent contractors working at the Club were provided with a communal meal prepared for the staff. It was not an a la carte meal from the Club's regular menu. Normally, the  meal would be assembled in the kitchen from items that were left over from the previous meal's service or occasionally, would be simple and inexpensive meals like cold cuts and bread with cole slaw and perhaps salad if that was available. The staff had no choice; they were only offered the food that was prepared for the staff. It is estimated that the

costs of such meal did not exceed $2.45 per person; in fact, our chef estimates that each meal is worth approximately $1.50.

The Cost or Value of the Lodging

8.    The lodging was provided in a separate building which in 2006 and 2007 lodged 24 employees in 12 rooms. Each room could only accommodate bunk beds. Six of the rooms were only 9 feet 6 inches deep by 8 feet two inches wide. Five other rooms were only 9 feet 6 inches deep by 12 feet 6½ inches wide, and one handicap accessible room measured 9 feet 6 inches deep and 14 feet 11¼ inches wide.

9.    None of the 12 rooms in the dormitory had private washing or bathroom facilities. Instead, there was one communal bathroom for the 24 employees and one handicapped accessible bathroom. There were no kitchen facilities in the dormitory.

10.    When built, the cost of the dormitory building was $490,905. If the building was depreciated over 27 years, the weekly cost per employee would be $14.57 ($490,905 divided by 27 years divided by 24 places divided by 52 weeks) or $2.28 per day. If the building was depreciated over only 20 years, the weekly cost per employee would be $19.67 ($490,905 divided by 20 years divided by 24 places divided by 52 weeks) or $2.81 per day.

11.    The average annual cost of operating the dormitory was $7,637 per year and the cost in 2006 (when Plaintiff worked overtime) was $9,185.46. If the average annual operating cost was $7,637, the per person weekly cost would be $6.12 ($7,637 divided by 24 places divided by 52 weeks) or eighty-seven ($.87) cents per day. If the annual cost for 2006 was used, the weekly cost would be $7.36 per week ($9,185.46 divided by 24 places divided by 52 weeks divided by 7 days) or $1.05 per day.

12.    The ranges of weekly costs for a bunk in the dormitory would therefore be from as little as $20.68 per week [$490,905 cost of the building divided by 27 years divided by 24 places divided by 52 weeks] plus ($7,637 operating cost divided by 24 places divided by 52 weeks) to $27.02 per week to ($490,905 cost of the building divided by 20 years divided by 24 places divided by 52 weeks) plus ($9,185.46 divided by 24 places divided by 52 weeks divided by 7 days).

13.    In each week where Plaintiff worked overtime hours he was paid his $9.00 per hour regular rate for the first 40 hours plus $13.50 per hour for all hours worked over 40. Plaintiff contends his regular rate each week should be increased due to the meals and lodging he received. The formula for the extra overtime compensation would be (the cost of the meals and lodging) divided by (the hours worked) multiplied by (.5) multiplied by (the number of overtime hours worked):

$$\frac{(\$Meals + Lodging)}{(Hours\ worked)}\ x\ .5\ x\ overtime\ hours$$

14.    For example, in the week ending August 27, 2007, Plaintiff worked 54 hours and consumed 7 meals at the Club. Thus, at $27.02 maximum per week lodging and $2.45 per meal ($17.15), he received meals and lodging costing an additional $42.15 for the 54 hours he worked or seventy-eight ($.78) cents per hour added to his $9.00 regular rate. Based on this, one-half of $.78 per hour would be thirty nine ($.39) cents per hour for his 14 hours of overtime would total an additional $5.46. that week. At the $20.68 minimum, Plaintiff would claim no more than an additional $4.90 for that week.

15.    As another example for the week ended July 9, 2006, the calculation is as follows:

Plaintiff could claim a maximum of $12.55 –

$$\frac{(\underline{Meals} = \$24.50 + \underline{Lodging} = \$27.02} \text{ x .5 x 38 overtime hours)}}{78 \text{ Hours}} = \$12.55$$

Or a minimum of $11.05 -

$$\frac{(\underline{Meals} = \$24.50 + \underline{Lodging} = \$20.68} \text{ x .5 x 38 overtime hours)}}{78 \text{ Hours}} = \$11.00$$

16.    Attached as Exhibit B is an analysis reflecting each and every week Plaintiff worked overtime using the maximum rates which totals $154.82 in additional compensation.  Attached as Exhibit C is an analysis using the minimum rates which total $132.27.

17.    Even if liquidated damages should be added to the amount payable to the Plaintiff, it is clear that the maximum liability based on costs plus liquidated damages would be no more than $310 and, therefore, the offer of judgment of $1,000 plus reasonable attorney's fees to the date of the offer far exceeds any amount which the Plaintiff could recover in this case.

18.    The United States Department of Labor Wage and Hour Division has investigated this claim, and has calculated that the most Plaintiff might be owed is $119.10, an amount which Brae Burn has already agreed to pay.

19.    I am informed that whether or not the Plaintiff accepts that judgment, the Plaintiff is removed from the case and as a result, the case should be dismissed as there is no proper representative of the putative members of the opt-in or opt-out class.

20.    The Club, accordingly, respectfully requests that the above-entitled action be dismissed with prejudice.

_____
Maria Conte

Sworn to before me this
_13_rd_ day of May 2008.

_____
Notary Public

KAREN D. WILLIAMS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01-WI6064649
QUALIFIED IN DUTCHESS COUNTY
MY COMMISSION EXPIRES 10-01-20_09_

# EXHIBIT A

# ADP AUTOPAY — EMPLOYEE EARNINGS RECORD

| FILE NUMBER | SOCIAL SECURITY NUMBER | DATE CONTROL | SEX | EMPLOYEE NAME AND ADDRESS | COMPANY NAME | QUARTER END | RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | | M | WRIGHT, DEMETRIUS  17 SOUTH SECOND AVE  NEW YORK, NY  10550 | BRAE BURN COUNTRY C | 06/30/2006 | 140 |

| CLOCK | DATE 1 | DATE 2 | DATE 3 | SOUND | CITY | STATE |
|---|---|---|---|---|---|---|
| 0430 | 04/27/2006 | 04/06/1987 | | 19 | | 01NY |

| PAY NO | MO/DAY | DEPT NUMBER | RATE | HOURS/UNITS REGULAR | OVERTIME | EARNINGS REGULAR | OVERTIME | EARNINGS 5 | FEDERAL TAX / SS/MED | AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0430 | 320 | 9.0000 | 3200 | | 28800 | | 28800 | 467 / 1786 | 2800 | 256.84 |
| 02 | 0507 | 320 | 9.0000 | 4000 | | 36000 | | 36000 | 385 / 418 / 2232 | 2800 | 285.20 |
| 03 | 0514 | 320 | 9.0000 | 4000 | 600 | 36000 | 8100 | 44100 | 197 / 673 / 2734 | | 373.06 |
| 04 | 0521 | 320 | 9.0000 | 4000 | 500 | 36000 | 6750 | 42750 | 268 / 1073 / 2650 | | 363.33 |
| 05 | 0528 | 320 | 9.0000 | 4000 | 1400 | 36000 | 18900 | 54900 | 1085 / 3404 | | 450.23 |
| 06 | 0604 | 320 | 9.0000 | 4000 | 1250 | 36000 | 16875 | 18000 H | 1709 / 796 | 2800 D | 535.12 |
| 07 | 0611 | 320 | 9.0000 | 2000 | 3100 | 36000 | 41850 | | 2377 / 1024 / 4827 | | 612.30 |
| 08 | 0618 | 320 | 9.0000 | 4000 | 2650 | 36000 | 35775 | | 2939 / 1728 / 1040 | | 569.46 |
| 09 | 0625 | 320 | 9.0000 | 4000 | 1900 | 36000 | 25650 | 61650 | 2145 / 894 / 3822 | | 498.09 |

| TOTALS | REG HOURS 1 | OT HOURS 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | OT EARN. 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOCIAL SECURITY TAX / MEDICARE TAX | CITY TAX / SUI/SDI | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR → | 35200 | 11400 | | 2000 | 316800 | 153900 | 18000 | 18000 | 15864 | 488700 | 34948 / 15864 | 30299 / 7086 | 540 | 3943.63 |
| YTD → | | | | | | | | | | 488700 | 34948 / 15864 | 30299 / 7086 | 540 | |

| STATE ANALYSIS | CITY ANALYSIS | VOL/TAX DED | NET PAY |
|---|---|---|---|
| 15864 01NY | | 5600 D | 56.00 |

| FILE NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | COMPANY NAME | QID |
|---|---|---|---|---|
| 090542 | XXX-XX-6575 | WRIGHT, DEMETRIUS | BRAE BURN COUNTRY C | 06/30 |

1997 AUTOMATIC DATA PR

**AUTOPAY**
**EMPLOYEE EARNINGS RECORD**

ADP

| F&A NUMBER | SOCIAL SECURITY NUMBER | | EMPLOYEE NAME AND ADDRESS | | COMPANY NAME | QUARTER ENDING | DS CODE |
|---|---|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | M | WRIGHT, DEMETRIUS 17 SOUTH SECOND AVE NEW YORK, NY 10550 | | BRAE BURN COUNTRY C | 09/30/2006 | FPB |

| CLOCK ID | DATE | DATE 2 | DATE 3 | | | STATE | SUBDI | CITY | RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 04/27/2006 04/06/1967 | | | | | 01NY | | 19 | 139 |

| PAY NO | DEPT NUMBER | RATE | HOURS 1-6 | REGULAR OVERTIME | REGULAR | OVERTIME | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX | SOCIAL SECURITY TAX | STATE DISAB TAX SUI/SDI | VOLUNTARY/PAY DEDUCTIONS AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 320 | 9.0000 | 4000 3500 | 36000 | 47250 | 7200 H | | | 83250 | 8382 5182 | 60 | | 2900 | 648.14 |
| 02 | 320 | 9.0000 | 4000 3900 | 36000 | 51300 | | | | 94500 | 1195 5807 | 60 | | | 689.19 |
| 03 | 320 | 9.0000 | 4000 3250 | 36000 | 43875 | | | | 79875 | 3654 4952 | 60 | | | 626.57 |
| 04 | 320 | 9.0000 | 4000 1960 | 36000 | 26325 | | | | 62325 | 3124 3863 | 60 | | | 502.85 |
| 05 | 320 | 9.0000 | 4000 2960 | 36000 | 39825 | | | | 75825 | 3046 4701 | 60 | | | 598.02 |
| 06 | 320 | 9.0000 | 4000 1950 | 36000 | 24975 | | | | 60975 | 2099 3780 | 60 | | 2900 | 485.32 |
| 07 | 320 | 9.0000 | 4000 550 | 36000 | 7425 | | | | 43425 | 2186 2692 | 60 | | | 368.20 |
| 08 | 320 | 9.0000 | 4000 1350 | 36000 | 18225 | | | | 54200 | 3906 3360 | 60 | | 400 | 441.41 |
| 09 | 320 | 9.0000 | 4000 1400 | 36000 | 18900 | | | | 54900 | 3404 3404 | 60 | | | 450.23 |
| 10 | 320 | 9.0000 | 4000 1300 | 36000 | 17550 | | | | 53550 | 3705 3320 | 60 | | | 440.59 |
| 11 | 320 | 9.0000 | 4000 1400 | 36000 | 18900 | 800 H | | | 55700 | 1758 854 | 60 | | 2900 | 426.93 |
| 12 | 320 | 9.0000 | 4000 1750 | 36000 | 23625 | 6400 H | | | 66025 | 5575 4093 | 60 | | | 528.94 |
| 13 | 320 | 9.0000 | 4000 300 | 36000 | 4050 | | | | 40050 | 1862 2483 | 60 | | | 343.84 |

| TOTALS | REG HOURS 1 | OT HOURS 1 | HOURS 3 | REG EARNINGS 1 | OT EARN 1 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX | SOCIAL SECURITY TAX | CITY TAX | TOT VOL DED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR-> | 52000 | 25350 | 1600 | 468000 | 342225 | 14400 | 14400 | | 824625 | 69006 29932 | 51127 11957 | 780 | 89.00 6529.23 | |
| YTD-> | | | | | | | | | 1313325 | 103954 45796 | 81426 19043 | 1320 | | |

| F&A NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | COMPANY NAME | QUARTER ENDING | DS CODE |
|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | WRIGHT, DEMETRIUS | BRAE BURN COUNTRY C | 09/30/2006 | FPB |

1997 AUTOMATIC DATA PROCESSING INC

**ADP AUTOPAY — EMPLOYEE EARNINGS RECORD**

| Field | Value |
|---|---|
| FILE NUMBER | 090542 |
| SOCIAL SECURITY NUMBER | XXX-XX-6575 |
| DATE 1 | 04/27/2006 |
| DATE 2 | 04/06/1967 |
| EMPLOYEE NAME AND ADDRESS | WRIGHT, DEMETRIUS / 17 SOUTH SECOND AVE / NEW YORK, NY 10550 |
| SEX | M |
| COMPANY NAME | BRAE BURN COUNTRY C |
| STATE | 01NY |
| SUBDI | 19 |
| QUARTER ENDED | 12/31/2006 |
| RECORD NUMBER | 110 |

| PK | MO/DAY | RATE | REG HRS | OT HRS | REGULAR | OVERTIME | EARN 3,4 | EARN 5 | GROSS PAY | FED TAX | STATE | SOC SEC | MEDICARE | STAT AMT | VOL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10/01 | 9.0000 | 40.00 | 7.00 | 360.00 | 94.50 | | | 454.50 | 24.18 | 11.52 | 28.18 | 6.59 | 100.00 | 100.00 D | 282.71 |
| 02 | 10/08 | 9.0000 | 40.00 | 7.50 | 360.00 | 101.25 | | | 461.25 | 25.91 | 16.03 | 28.60 | 6.69 | 40.00 | 100.00 L | 247.53 |
| 03 | 10/15 | 9.0000 | 40.00 | 8.00 | 360.00 | 108.00 | 72.00 H | | 531.00 | 36.92 | 16.03 | 32.92 | 7.70 | 100.00 | 100.00 | 337.37 |
| 04 | 10/22 | 9.0000 | 40.00 | 2.50 | 360.00 | 33.75 | | | 393.75 | 15.79 | 8.31 | 24.41 | 5.71 | 50.00 | 100.00 | 188.93 |
| 05 | 10/29 | 9.0000 | 40.00 | | 360.00 | | | | 360.00 | 18.31 | 7.92 | 22.32 | 5.22 | 50.00 | 100.00 | 163.20 |
| 06 | 11/05 | 9.0000 | 40.00 | 1.00 | 360.00 | 13.50 | | | 374.50 | 13.22 | 23.16 | 23.22 | 5.43 | 100.00 | | 183.70 |
| 07 | 11/12 | 9.0000 | 39.00 | | 351.00 | | 144.00 H | | 495.00 | 30.68 | 15.62 | 30.69 | 7.17 | 100.00 | 100.00 L | 311.65 |
| 08 | 11/19 | 9.0000 | 40.00 | | 360.00 | | | | 360.00 | 13.91 | 7.87 | 22.32 | 5.22 | 100.00 | 100.00 | 213.20 |
| 09 | 11/26 | 9.0000 | 40.00 | 8.00 | 360.00 | 72.00 | | | 432.00 | 18.97 | 26.53 | 26.78 | 6.27 | 100.00 | | 266.57 |
| 10 | 12/03 | 9.0000 | 40.00 | | 360.00 | | 72.00 H | | 432.00 | 10.25 | 18.77 | 22.32 | 5.22 | 100.00 | 100.00 | 213.20 |
| 11 | 12/10 | 9.0000 | 40.00 | | 360.00 | | | | 360.00 | 10.77 | 5.09 | 21.77 | 5.09 | 40.00 | 100.00 L | 166.18 |
| 12 | 12/17 | 9.0000 | 40.00 | | 351.00 | | 100.00 J | 928 F | 106.28 | 5.12 | 8.57 | 6.59 | 1.54 | | | 100.00 |
| 13 | 12/24 | 9.0000 | 32.50 | | 292.50 | | | | 292.50 | 4.03 | 18.13 | 18.14 | 4.24 | 100.00 | | 160.38 |
| 14 | | 9.0000 | 39.00 | | 351.00 | | | | 351.00 | 6.39 | 21.77 | 21.77 | 5.09 | | | 306.18 |

**Totals**

| | REG HRS 1 | OT HRS 2 | HOURS 3 | HOURS 4 | REG.EARNINGS | OT EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX | STATE TAX | SOCIAL SECURITY TAX | MEDICARE TAX | CITY TAX | VOL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR-> | 508.50 H | 26.00 | | 32.00 H | 4576.50 | 351.00 H | 100.00 | 288.00 | 828 | 5323.78 | 231.38 | 116.52 | 330.08 | 77.20 | 77.80 | 21.00 | 1420.00 |
| YTD-> | | | | | | | | | | 18457.03 | 1270.92 | 574.48 | 1200.00 | 267.63 | 21.00 | | 3140.80 |

Handwritten notations: 3168 / 1539 / 4680 / 3422.5 / 180 / 144

1997 AUTOMATIC DATA PROCESSING, INC.

Bottom identification block:
| Field | Value |
|---|---|
| FILE NUMBER | 090542 |
| SOCIAL SECURITY NUMBER | XXX-XX-6575 |
| EMPLOYEE NAME | WRIGHT, DEMETRIUS |
| COMPANY NAME | BRAE BURN COUNTRY C |
| QUARTER ENDED | 12/31/2006 |

**AUTOPAY**
**EMPLOYEE EARNINGS RECORD**

| FILE NUMBER | DATE | SOCIAL SECURITY NUMBER | DATA CONTROL | SEX | EMPLOYEE NAME AND ADDRESS | COMPANY NAME | DIV/BR | CITY | QUARTER ENDED | CO CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 090542 | 04/27/2006 | XXX-XX-6575 | 04/06/1967 | M | WRIGHT, DEMETRIUS 17 SOUTH SECOND AVE NEW YORK, NY 10550 | BRAE BURN COUNTRY C | 19 | | 03/31/2007 | FPB |

| PAY NO | MO/DAY | DEPT NUMBER | RATE | HOURS REGULAR | HOURS OVERTIME | HOURS 3 | HOURS 4 | EARNINGS REGULAR | EARNINGS OVERTIME | EARNINGS 2 | CD | GROSS PAY | FEDERAL TAX | SOC SEC TAX | CITY SUI/SDI | AMOUNT | CD | AMOUNT | CD | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1231 | 320 | 9.0000 | 800 | 3100 | | | 27900 | | 14400 | D | 49500 | 3001 | 3069 | 60 | 4000 | D | | | 412.6 |
| 02 | 0107 | 320 | 9.0000 | 800 | 3900 | 800 | | 35100 | | 7200 | H | 42300 | 1391 | 2718 | 60 | | | | | 321.3 |
| 03 | 0114 | 320 | 9.0000 | | | | | 33300 | | | | 33300 | 978 | 2064 | 60 | | | | | 292.6 |
| 04 | 0121 | 320 | 9.0000 | 800 | 3700 | | | 33700 | | 7200 | S | 43200 | 2056 | 2677 | 60 | | | | | 367.5 |
| 05 | 0128 | 320 | 9.4000 | | 4000 | | | 36000 | | | | 36000 | 1025 | 2232 | 60 | | | | | 313.7 |
| 06 | 0304 | 320 | 9.4000 | 800 | 2600 | | | 24440 | | | | 24440 | 679 | 1515 | 60 | | | | | 143.0 |
| 07 | 0311 | 320 | 9.4000 | | 4000 | | | 37600 | | | | 37600 | 1289 | 2331 | 60 | 8000 | D | | | 326.2 |
| 08 | 0318 | 320 | 9.4000 | | 3950 | | | 37130 | | | | 37130 | 1289 | 2331 | 60 | | | | | 322.5 |
| 09 | 0325 | 320 | 9.4000 | | 4000 | | | 37600 | | | | 37600 | 751 | 2546 | 60 | | | | | 326.2 |

| TOTALS | REG HOURS 1 | O/T HOURS 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOCIAL SECURITY TAX MEDICARE TAX | CITY TAX SUI/SDI | TOT VOL DED NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR-> | 33250 | 800 | 2400 | 800 | 305070 | 14400 | 14400 | 21800 | | 341070 | 12786 7080 | 21146 4946 | 12000 540 | 120.05 2825.7 |
| YTD-> | | | | | | | 7200 | | 7080 01NY | 341070 | 12786 7080 | 21146 4946 | 540 | |

| FILE NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | COMPANY NAME | QUARTER ENDED | CO CODE |
|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | WRIGHT, DEMETRIUS | BRAE BURN COUNTRY C | 03/31/2007 | FPB |

1997 AUTOMATIC DATA PROCESSING INC.

# AUTOPAY
# EMPLOYEE EARNINGS RECORD

**ADP**

| TAX NUMBER | SOCIAL SECURITY NUMBER | DATA CONTROL | SEX | EMPLOYEE NAME AND ADDRESS | COMPANY NAME | QUARTER ENDED | CO. CODE |
|---|---|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | | M | WRIGHT, DEMETRIUS<br>17 SOUTH SECOND AVE<br>NEW YORK, NY 10550 | BRAE BURN COUNTRY C | 06/30/2007 | FPB |

| CLICK. A) | DATE 1 | DATE 2 | DATE 3 | | STATE | SUIDI | CITY | RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|
| | 04/27/2006 | 04/06/1967 | | | 01NY | 19 | | 141 |

| PAY NO | WK MO/DAY | DEPT NUMBER | RATE | HOURS/UNITS OT/OVERTIME 1 | REGULAR | OVERTIME | EARNINGS 3 | GROSS PAY | FEDERAL TAX | STATE TAX | DIS/BLIND SUI/SDI | CITY SUI/SDI | SOCIAL SECURITY MEDICARE | VOLUNTARY DEDUCTIONS AMOUNT CD | NET PAY | CD CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0401 | 320 | 9.4000 | 3300 | 36660 | | | 36660 | 1195<br>709 | 2273<br>531 | | 60 | 2273<br>531 | 4000 D | 318.92 | |
| 02 | 0408 | 320 | 9.4000 | 3200 | 30090 | | | 30090 | 436<br>1289 | 1465<br>2331 | | 60 | 1465 | | 227.46 | |
| 03 | 0415 | 320 | 9.4000 | 4000 | 37600 | | | 37600 | 751 | 545 | | 60 | 545 | | 326.24 | |
| 04 | 0422 | 320 | 9.4000 | 2400 | 22560 | | | 22560 | 135 | 1339 | | 60 | 1339 | | 206.39 | |

| TOTALS | REG HOURS 1 | OT EARN 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | OT EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOCIAL SECURITY MEDICARE TAX | CITY TAX SUI/SDI | TOT VOL. DED. NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR-> | 13500 | | | | 126900 | | | | | 126900 | 3021<br>2031 | 7868<br>1840 | 240 | 40.00<br>1079.00 |
| YTD-> | | | | | | | | | 203 T 01NY | 467970 | 15807<br>9111 | 29014<br>6786 | 780 | |

VOLUNTARY DEDUCTION ANALYSIS

4000 D

| TAX NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | COMPANY NAME | QUARTER ENDED | CO. CODE |
|---|---|---|---|---|---|
| 090542 | XXX-XX-6575 | WRIGHT, DEMETRIUS | BRAE BURN COUNTRY C | 06/30/2007 | FPB |

1997 AUTOMATIC DATA PROCESSING INC.

**EXHIBIT B**

D Wright

| | HOURS WORKED | | | $ | OT | per meal 2.45 | per week 27.02 | |
| | REG | OT | Total | REG | 9.00 | Meals | Lodging | Xtra OT Due |
|---|---|---|---|---|---|---|---|---|
| 14-May | 40 | 6 | 46 | $ 360.00 | $ 81.00 | 14.70 | 27.02 | 2.72 |
| 21-May | 40 | 5 | 45 | $ 360.00 | $ 67.50 | 14.70 | 27.02 | 2.32 |
| 28-May | 40 | 14 | 54 | $ 360.00 | $ 189.00 | 17.15 | 27.02 | 5.73 |
| 4-Jun | 40 | 22.5 | 62.5 | $ 360.00 | $ 303.75 | 19.60 | 27.02 | 8.39 |
| 11-Jun | 40 | 31 | 71 | $ 360.00 | $ 418.50 | 22.05 | 27.02 | 10.71 |
| 18-Jun | 40 | 26.5 | 66.5 | $ 360.00 | $ 357.75 | 19.60 | 27.02 | 9.29 |
| 25-Jun | 40 | 19 | 59 | $ 360.00 | $ 256.50 | 17.15 | 27.02 | 7.11 |
| 2-Jul | 40 | 35 | 75 | $ 360.00 | $ 472.50 | 24.50 | 27.02 | 12.02 |
| 9-Jul | 40 | 38 | 78 | $ 360.00 | $ 513.00 | 24.50 | 27.02 | 12.55 |
| 16-Jul | 40 | 32.5 | 72.5 | $ 360.00 | $ 438.75 | 22.05 | 27.02 | 11.00 |
| 23-Jul | 40 | 19.5 | 59.5 | $ 360.00 | $ 263.25 | 17.15 | 27.02 | 7.24 |
| 30-Jul | 40 | 29.5 | 69.5 | $ 360.00 | $ 398.25 | 19.60 | 27.02 | 9.89 |
| 6-Aug | 40 | 18.5 | 58.5 | $ 360.00 | $ 249.75 | 17.15 | 27.02 | 6.98 |
| 13-Aug | 40 | 5.5 | 45.5 | $ 360.00 | $ 74.25 | 14.70 | 27.02 | 2.52 |
| 20-Aug | 40 | 13.5 | 53.5 | $ 360.00 | $ 182.25 | 17.15 | 27.02 | 5.57 |
| 27-Aug | 40 | 14 | 54 | $ 360.00 | $ 189.00 | 17.15 | 27.02 | 5.73 |
| 3-Sep | 40 | 13 | 53 | $ 360.00 | $ 175.50 | 17.15 | 27.02 | 5.42 |
| 10-Sep | 40 | 14 | 54 | $ 360.00 | $ 189.00 | 17.15 | 27.02 | 5.73 |
| 17-Sep | 40 | 17.5 | 57.5 | $ 360.00 | $ 236.25 | 19.60 | 27.02 | 7.09 |
| 24-Sep | 40 | 3 | 43 | $ 360.00 | $ 40.50 | 14.70 | 27.02 | 1.46 |
| 1-Oct | 40 | 7 | 47 | $ 360.00 | $ 94.50 | 17.15 | 27.02 | 3.29 |
| 8-Oct | 40 | 7.5 | 47.5 | $ 360.00 | $ 101.25 | 17.15 | 27.02 | 3.49 |
| 15-Oct | 39 | 8 | 47 | $ 351.00 | $ 108.00 | 17.15 | 27.02 | 3.76 |
| 22-Oct | 40 | 2.5 | 42.5 | $ 360.00 | $ 33.75 | 14.70 | 27.02 | 1.23 |
| 5-Nov | 40 | 1 | 41 | $ 360.00 | $ 13.50 | 12.25 | 27.02 | 0.48 |
| 12-Nov | 40 | 7 | 47 | $ 360.00 | $ 94.50 | 14.70 | 27.02 | 3.11 |
| | | | | | | | | 154.82 |

**EXHIBIT C**

D Wright

| | HOURS WORKED | | | $ | | | per meal 2.45 | per week 20.3 | |
| | REG | OT | Total | REG 9.00 | OT | | Meals | Lodging | Xtra OT Due |
|---|---|---|---|---|---|---|---|---|---|
| 14-May | 40 | 6 | 46 | $ 360.00 | $ 81.00 | | 14.70 | 20.30 | 2.28 |
| 21-May | 40 | 5 | 45 | $ 360.00 | $ 67.50 | | 14.70 | 20.30 | 1.94 |
| 28-May | 40 | 14 | 54 | $ 360.00 | $ 189.00 | | 17.15 | 20.30 | 4.85 |
| 4-Jun | 40 | 22.5 | 62.5 | $ 360.00 | $ 303.75 | | 19.60 | 20.30 | 7.18 |
| 11-Jun | 40 | 31 | 71 | $ 360.00 | $ 418.50 | | 22.05 | 20.30 | 9.25 |
| 18-Jun | 40 | 26.5 | 66.5 | $ 360.00 | $ 357.75 | | 19.60 | 20.30 | 7.95 |
| 25-Jun | 40 | 19 | 59 | $ 360.00 | $ 256.50 | | 17.15 | 20.30 | 6.03 |
| 2-Jul | 40 | 35 | 75 | $ 360.00 | $ 472.50 | | 24.50 | 20.30 | 10.45 |
| 9-Jul | 40 | 38 | 78 | $ 360.00 | $ 513.00 | | 24.50 | 20.30 | 10.91 |
| 16-Jul | 40 | 32.5 | 72.5 | $ 360.00 | $ 438.75 | | 22.05 | 20.30 | 9.49 |
| 23-Jul | 40 | 19.5 | 59.5 | $ 360.00 | $ 263.25 | | 17.15 | 20.30 | 6.14 |
| 30-Jul | 40 | 29.5 | 69.5 | $ 360.00 | $ 398.25 | | 19.60 | 20.30 | 8.47 |
| 6-Aug | 40 | 18.5 | 58.5 | $ 360.00 | $ 249.75 | | 17.15 | 20.30 | 5.92 |
| 13-Aug | 40 | 5.5 | 45.5 | $ 360.00 | $ 74.25 | | 14.70 | 20.30 | 2.12 |
| 20-Aug | 40 | 13.5 | 53.5 | $ 360.00 | $ 182.25 | | 17.15 | 20.30 | 4.73 |
| 27-Aug | 40 | 14 | 54 | $ 360.00 | $ 189.00 | | 17.15 | 20.30 | 4.85 |
| 3-Sep | 40 | 13 | 53 | $ 360.00 | $ 175.50 | | 17.15 | 20.30 | 4.59 |
| 10-Sep | 40 | 14 | 54 | $ 360.00 | $ 189.00 | | 17.15 | 20.30 | 4.85 |
| 17-Sep | 40 | 17.5 | 57.5 | $ 360.00 | $ 236.25 | | 19.60 | 20.30 | 6.07 |
| 24-Sep | 40 | 3 | 43 | $ 360.00 | $ 40.50 | | 14.70 | 20.30 | 1.22 |
| 1-Oct | 40 | 7 | 47 | $ 360.00 | $ 94.50 | | 17.15 | 20.30 | 2.79 |
| 8-Oct | 40 | 7.5 | 47.5 | $ 360.00 | $ 101.25 | | 17.15 | 20.30 | 2.96 |
| 15-Oct | 39 | 8 | 47 | $ 351.00 | $ 108.00 | | 17.15 | 20.30 | 3.19 |
| 22-Oct | 40 | 2.5 | 42.5 | $ 360.00 | $ 33.75 | | 14.70 | 20.30 | 1.03 |
| 5-Nov | 40 | 1 | 41 | $ 360.00 | $ 13.50 | | 12.25 | 20.30 | 0.40 |
| 12-Nov | 40 | 7 | 47 | $ 360.00 | $ 94.50 | | 14.70 | 20.30 | 2.61 |
| | | | | | | | | | 132.27 |