# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

TRACEY A. CULLEN
TEL: 212 351.3744
FAX: 212 878.8744
TCULLEN@EBGLAW.COM

May 6, 2008

**VIA ECF AND FIRST CLASS MAIL**

Honorable Denny Chin
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

    Re:    <u>Demetrius Wright v. Brae Burn Country Club, Inc., 08 CIV 3172</u>

Dear Judge Chin:

    We represent the Defendant, Brae Burn Country Club, Inc. in the above-captioned matter.

    I write in response to the letter motion submitted by Plaintiff's counsel earlier this afternoon, in which Plaintiff requests that Defendant's motion to dismiss be stricken in its entirety.

    As I discussed with Sara of your chambers early this morning, soon after receiving the Complaint in this action, I reviewed your individual rules, and also contacted your chambers to inquire as to the practice for filing a motion to dismiss in lieu of an answer. I was advised that while Your Honor requires a pre-motion conference before filing a summary judgment motion, it was not necessary to request a conference where Defendant intended to file a motion to dismiss in lieu of an answer.

    If a pre-motion conference is, in fact, required, Defendant respectfully requests that Your Honor either: (1) waive the conference and allow the motion to stand; or (2) hold a conference and allow Defendant to re-file the motion to dismiss, without prejudice. If this Court allows the motion to stand, Defendant is willing to extend all reasonable courtesies and allow Plaintiff additional time to respond, if necessary.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NY:2594168v1

Honorable Denny Chin
May 5, 2008
Page 2

We thank you for your consideration of these requests.

Very truly yours,

*Tracey A. Cullen*

Tracey A. Cullen

cc: David C. Wims, Esq.
    Peter M. Panken, Esq.

NY:2594168v1