```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
DEMETRIUS WRIGHT, on behalf of       :
himself and all others
similarly situated,                  :

              Plaintiff,             :     ORDER

     - against -                     :     08 Civ. 3172 (DC)

BRAE BURN COUNTRY CLUB, INC.,        :

              Defendant.             :
- - - - - - - - - - - - - - - - - -x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/23/2008**

**CHIN, District Judge**

      The motion to dismiss is denied without prejudice in light of the amended complaint and the opting in of another former employee.

      Defendant shall answer or move by June 27, 2008, and in the meantime, the parties may proceed with discovery.

      SO ORDERED.

Dated:  New York, New York
        May 23, 2008

                                      _____
                                      DENNY CHIN
                                      United States District Judge