

**Law Office of David Wims**
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233

Phone: (646) 393-9550
Fax: (646) 393-9552
email: davidwims@hotmail.com

**MEMO ENDORSED**

<u>VIA FACSIMILE</u>
(212) 805-7906

June 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2008

Honorable Denny Chin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    <u>Wright v. Brae Burn Country Club (08CV3172)(SDNY)(DC)</u>

Dear Judge Chin,

I am plaintiff's counsel in the above referenced proceeding. I write to request a pre-motion conference in order to move the Court for leave to amend the Complaint.

Defense counsel refused to consent to the proposed amendment.

I wish to add the lone opt-in plaintiff as a named plaintiff; and add claims under the Thirteenth Amendment to the U.S. Constitution.

I trust that my request will be given due consideration. Thank you in advance.

*Plaintiff is hereby GRANTED leave to file a second amended complaint. He shall do so no later than 7/14/08. Defendant shall answer or move to dismiss the second amended complaint by 8/11/08; opposition papers by 9/5/08; reply papers by 9/15/08. No pre-motion conference is required. SO ORDERED.*

6/25/08