```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
DEMETRIUS WRIGHT and LUIS VELEZ,        :
on behalf of themselves and
all others similarly situated,          :

                Plaintiffs,             :

        - against -                     :     ORDER

BRAE BURN COUNTRY CLUB,                 :     08 Civ. 3172 (DC)
INC. et al.,
                                        :
                Defendants.
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

**CHIN, District Judge**

Defendants' request to file its motion under seal is denied. Defendants may submit the confidential exhibit and any confidential portions of their papers under seal, but the papers should be publicly filed with any confidential portions redacted.

SO ORDERED.

Dated:   New York, New York
         August 8, 2008

DENNY CHIN
United States District Judge