# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

PETER M. PANKEN
TEL: 212 351.4840
FAX: 212 878.8630
PPANKEN@EBGLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 8/28/08

August 26, 2008

**VIA FACSIMILE TO (212) 805-7906**

Honorable Denny Chin
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re:  Demetrius Wright, Louis Velez v.
      Brae Burn Country Club, Inc.,
      Steven Vando and Maria Conte
      Civil Action No.: 08 CIV 3172(DC)

Dear Judge Chin:

We represent the Defendants, Brae Burn Country Club, Inc., Steven Vando, and Maria Conte in the above-captioned matter.

In accordance with Your Honor's individual rules, Defendants request permission to file a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 ("Rule 11") and 28 U.S.C. § 1927. Defendants have complied with Rule 11, as they served a copy of the proposed motion on Attorney Wims on August 5, 2008. Attorney Wims has had at least 21 days to consider this motion, but has refused to voluntarily withdraw the Second Amended Complaint.

In the event Your Honor allows Defendants to file the motion, Defendants also respectfully request that they be permitted to file under seal portions of the motion referencing to a confidential settlement agreement.

Respectfully submitted,

Peter M. Panken

cc: David C. Wims, Esq. (via email)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NY:2827797v1

---

**Handwritten annotation (So Ordered):**

Defendants may file their sanctions motion on or before 9/12/08. Plaintiffs' opposition papers are to be served and filed on or before 9/29/08. Reply papers shall be served and filed by 10/6/08. Portions relating to the confidential settlement agreement may be filed under seal.

SO ORDERED.
[signed]
DPJ
8/28/08