UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- x
DEMETRIUS WRIGHT,

LUIS VELEZ,

        Plaintiffs, on behalf of themselves
        and all others similarly situated,

        - against -

BRAE BURN COUNTRY CLUB, INC.,
STEVEN VANDO, individually and as General Manager
of Brae Burn Country Club,
MARIA CONTE, individually and as Controller of Brae
Burn Country Club,

        Defendants.
---------------------------------------------- x

08 CV 3172 (DC)

ECF CASE

**NOTICE OF MOTION FOR DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927**

    PLEASE TAKE NOTICE that pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927, and upon the annexed Declaration of Peter M. Panken, Esq. and the Affidavit of Steven Vando, and all exhibits attached thereto, Defendants Brae Burn Country Club, Inc., Steven Vando, and Maria Conte ("Defendants"), by their attorneys Epstein Becker & Green, P.C., will move this Court before the Honorable Denny Chin as soon as counsel may be heard for an Order granting sanctions against David C. Wims of the Law Office of David Wims.

Dated: August 4, 2008
       New York, New York

                                EPSTEIN BECKER & GREEN, P.C.

                                By: /s/ Peter M. Panken
                                   Peter M. Panken
                                   Tracey A. Cullen
                              250 Park Avenue
                              New York, New York 10177-1211
                              (212) 351-4500
                              Attorneys for Defendants

NY:2839401v1