UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEMETRIUS WRIGHT,  :  08-CV-3172 (DC)
LUIS VELEZ,  :
  :  **AFFIDAVIT OF**
      Plaintiffs, on behalf of  :  **STEVEN VANDO IN**
      themselves and all others  :  **SUPPORT OF**
      similarly situated,  :  **DEFENDANTS' MOTION**
  :  **FOR SANCTIONS**
      - against -  :  **PURSUANT TO**
  :  **FED. R. CIV. P. 11**
  :  **AND 28 U.S.C. § 1927**
BRAE BURN COUNTRY CLUB, INC.,  :
STEVEN VANDO, individually and as General  :  **FILED UNDER SEAL**
Manager of Brae Burn Country Club,  :
MARIA CONTE, individually and as Controller of Brae  :
Burn Country Club,  :
  :
      Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      STEVEN VANDO, being sworn states:

      1.    I am the General Manager of Brae Burn Country Club, Inc. ("Club"). I make this affidavit in support of the motion for sanctions submitted by the Club, Maria Conte and myself (collectively, "Defendants").

      2.    I was first hired in March 2007. Plaintiff Velez was not employed at any time when I was the Club Manager. Plaintiff Wright was employed by the Club until April 2007, but Plaintiff Wright did not work any overtime for the Club since the time of my hire.

      3.    On or about August 27, 2007 (four months after his termination), Demetrius Wright filed a charge of discrimination against the Club with the Equal Employment Opportunity Commission.

      4.    The Club did not receive notice of the charge of discrimination until October 1, 2007.

5.  The United States Department of Labor, Wage and Hour Division ("DOL") recently audited the Club. The DOL determined the amount of additional compensation due to all employees with respect to the requirements of the U.S. Fair Labor Standards Act. It was determined that Mr. Wright was entitled to $119.10, and a check in this amount, minus applicable taxes, was sent to Mr. Wright on May 8, 2008. A copy of this check is attached hereto as Exhibit A.

_____
Steven Vando

Sworn to before me this
__2__ day of __August__ 2008

_____
Notary Public

KAREN D. WILLIAMS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01-WI6064649
QUALIFIED IN DUTCHESS COUNTY
MY COMMISSION EXPIRES 10-01-20_09_

- 2 -

**EXHIBIT A**

```
CO.    FILE    DEPT.   CLOCK   NUMBER   040
                              0043441294      1
```

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

**Earnings Statement**  ADP

Period Ending:  05/04/2008
Pay Date:       05/08/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0
  Local:   0

DEMETRIUS WRIGHT
204 SARATOGA AVE
YONKERS, NY 10705

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | | | 119.10 | |
| **Gross Pay** | | | **$119.10** | 119.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -6.81 | 6.81 |
| | Social Security Tax | -7.38 | 7.38 |
| | Medicare Tax | -1.73 | 1.73 |
| | NY SUI/SDI Tax | -0.60 | 0.60 |
| **Net Pay** | | **$102.58** | |

Your federal taxable wages this period are $119.10

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc.

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

FPB                                  50-987/213
Payroll check number: 43441294
Pay date:             05/08/2008

Pay to the
order of:  DEMETRIUS WRIGHT

This amount:  ONE HUNDRED TWO AND 58/100 DOLLARS          $102.58

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID AFTER 180 DAYS

CHASE MANHATTAN BANK
SYRACUSE, NY

ADP    *James B Benson*
       ADP AUTHORIZED SIGNATURE

```
⑆43441294⑆  ⑈021309379⑈  601⑉8⑉51199⑈
```