UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
DEMETRIUS WRIGHT,
LUIS VELEZ,

                            Plaintiffs, on
on behalf of themselves and all others similarly situated,

Civil Action No.: 08CV3172
(DC)(ECF)

**AFFIDAVIT OF
DEMETRIUS WRIGHT**

              -against-

BRAE BURN COUNTRY CLUB, INC.,
STEVEN VANDO, individually and as General Manager
of Brae Burn Country Club,
MARIA CONTE, individually and as Controller
of Brae Burn Country Club,

                          Defendants.
----------------------------------------------------X

     DEMETRIUS WRIGHT, being sworn states:

1. I am a Plaintiff in the instant action, and a former, full-time employee of Defendant Brae Burn Country Club ("Brae Burn") as a laundry attendant from April 2006 until April 2007.

2. My employment was covered by a collective bargaining agreement between my union, Local 32BJ, SEIU; and Brae Burn.

3. I was paid $9.00 per hour from the beginning of my employment until my rate increased to $9.40 per hour in March 2007.

4. Throughout my tenure, I worked long hours, some of which occurred before I punched in or after I punched out.

5. Our supervisors gave us unclear directions about schedules and time clock procedures.

1

6. I often worked twelve (12) hour days, including split shifts or double shifts.

7. During my tenure I sometimes suspected I had worked more hours than I was paid for, and upon comparing my paystubs and timecards, there are substantial hours on the latter that do not appear on the former, and some dates have no punch in or punch out time. (Attached as Exhibit "1").

8. Some of the attached time records show that Defendant Brae Burn's management crossed out entries and entered their own.

9. I sometimes got called in to work on my days off.

10. Also throughout my tenure, Defendant Brae Burn provided me and other employees with residences with utilities, and often two meals per day – lunch and/or dinner, at various times depending on daily workload.

11. The meals we ate sometimes consisted of surplus food that was for Brae Burn's members that had been served on that date and time.

12. My duties sometimes required me to work through meal and break periods.

13. Sometimes I worked the same shifts as Luis Velez, and sometimes I ate meals with him.

14. During my tenure, I saw and heard my co-workers, including Luis Velez, receive similar treatment by Brae Burn.

15. I was sexually harassed by a co-worker while working at Brae Burn, and when I reported it to management, it did nothing.

16. As a result, after my tenure, I filed a charge of discrimination with the EEOC against Brae Burn.

17. The charge of discrimination was settled for $7500.00 and I signed a settlement agreement and release.

18. I filed the instant action in March of 2008.

*Demetrius Wright*

Demetrius Wright

Sworn to before me this  3rd  day of  SEPT.  2008

_____
Notary Public

Roland G. Otley
Notary Public State Of New York
Qualified in Kings County
# 02OT6129087 commission Exp. 06-20-09

# **EXHIBIT 1**

**EXHIBIT 1**

| CO. | FILE | DEPT. | CLOCK NUMBER | 040 |
|---|---|---|---|---|
| FPB | 090542 | 320 | 0041710452 | 1 |

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

# Earnings Statement 

Period Ending:   07/23/2005
Pay Date:        07/27/2005

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   State: 3

DEMETRIUS WRIGHT
17 SOUTH SECOND AVE
NEW YORK, NY 10550

Social Security Number: XXX-XX-6575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | |
| Overtime | 13.5000 | 19.50 | 263.25 | |
| **Gross Pay** | | | **$623.25** | 8,086.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.21 | 672.00 |
| | Social Security Tax | -38.64 | 501.36 |
| | Medicare Tax | -9.03 | 117.25 |
| | NY State Income Tax | -21.92 | 294.71 |
| | NY SUI/SDI Tax | -0.60 | 7.80 |
| | **Other** | | |
| | Dues | | 84.00 |
| | **Net Pay** | **$502.85** | |

Your federal taxable wages this period are $623.25



Demetrius Wright
July 23, 2006

| NAME | | | PAY PERIOD ENDING |
|---|---|---|---|
| SIGNATURE | | | |

| TOTAL HOURS | | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|---|
| R.T. | O.T. | | | |
| 40 | 19½ | 9½ | JUL18 8:16AM *IN* TUE | |
| RATE | | | JUL18 6:45PM 10:30 | 10:30 |
| (?) | | | JUL19 8:06AM *IN* WED | |
| AMOUNT | | | JUL19 7:05PM 11:00 | 21:30 |
| | | 10 | JUL20 6:23AM *IN* THU | |
| EARNINGS | | | 2 | |
| | | | JUL21 9:12AM *IN* FRI | |
| DEDUCTIONS | | | 2 | |
| | | 10 | JUL22 8:16AM *IN* SAT | |
| BALANCE | | | 2 | |
| | | 10 | JUL23 7:54AM *IN* SUN | |
| | | | 2 | |
| | | 10 | | |
| | | 10 | | |
| | | 10 | | |
| | | | | |

IMPORTANT: Duplicate card numbers must NOT be used within a pay period

www.pyramidtechnologies.com
PTI 44100-10 REV. 1
© 2001 PYRAMID TECHNOLOGIES, LLC

```
CO.    FILE    DEPT.   CLOCK  NUMBER   040
FPB    090542  320            0041745356  1
```

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   State:   3

Social Security Number: XXX-XX-6575

# Earnings Statement 

Period Ending: 08/06/2006
Pay Date:      08/10/2006

DEMETRIUS WRIGHT
17 SOUTH SECOND AVE
NEW YORK, NY 10550

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | |
| Overtime | 13.5000 | 18.50 | 249.75 | |
| Gross Pay | | | $609.75 | 9,454.50 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -48.19 | 790.65 |
| Social Security Tax | | -37.81 | 586.18 |
| Medicare Tax | | -8.84 | 137.09 |
| NY State Income Tax | | -20.99 | 346.86 |
| NY SUI/SDI Tax | | -0.60 | 9.00 |
| Other | | | |
| Dues | | -28.00 | 112.00 |
| Net Pay | | $465.32 | |

Your federal taxable wages this period are $609.75



Demetrius Wright
August 6, 2006

| CO. | FILE | DEPT. | CLOCK NUMBER | 040 |
|---|---|---|---|---|
| FPB | 090542 | 320 | 0041762335 | 1 |

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 3
    State: 3

**Earnings Statement**                                    ADP

Period Ending:    08/13/2006
Pay Date:         08/17/2006

DEMETRIUS WRIGHT
17 SOUTH SECOND AVE
NEW YORK, NY 10550

Social Security Number: XXX-XX-6575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | |
| Overtime | 13.5000 | 5.50 | 74.25 | |
| Gross Pay | | | $434.25 | 9,888.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.86 | 812.51 |
| | Social Security Tax | -26.92 | 613.10 |
| | Medicare Tax | -6.30 | 143.39 |
| | NY State Income Tax | -10.37 | 357.23 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | Other | | |
| | Dues | | 112.00 |
| Net Pay | | | $368.20 |

Your federal taxable wages this period are $434.25



Demetrius Wright
August 13, 2006

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|---|---|---|---|---|---|
| FPB | 090542 | 320 | | 0041778900 | 1 |

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

# Earnings Statement

Period Ending:    08/20/2006
Pay Date:    08/24/2006

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 3
    State: 3

DEMETRIUS WRIGHT
17 SOUTH SECOND AVE
NEW YORK, NY 10550

Social Security Number: XXX-XX-6575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | |
| Overtime | 13.5000 | 13.50 | 182.25 | |
| Gross Pay | | | $542.25 | 10,431.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -38.06 | 850.57 |
| | Social Security Tax | -33.62 | 646.72 |
| | Medicare Tax | -7.86 | 151.25 |
| | NY State Income Tax | -16.70 | 373.93 |
| | NY SUI/SDI Tax | -0.60 | 10.20 |
| | **Other** | | |
| | Dues | -4.00 | 116.00 |
| Net Pay | | | $441.41 |

Your federal taxable wages this period are $542.25



*(Earnings Statement, rotated)*

BRAE BURN COUNTRY CLUB
BRAE BURN DRIVE
PURCHASE, NEW YORK 10577
PAYROLL ACCOUNT

CO. FILE  DEPT.  CLOCK NUMBER
F03 090542 320   0041827-09  040 1

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  State: 3

Social Security Number: XXX-XX-6575

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 40.00 | 360.00 | |
| Overtime | 13.5000 | 14.00 | 189.00 | |
| Hol | | | 8.00 | |
| **Gross Pay** | | | **$557.00** | 12,072.50 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -40.28 | 966.98 |
| Social Security Tax | -34.54 | 748.50 |
| Medicare Tax | -8.08 | 175.05 |
| NY State Income Tax | -17.57 | 424.89 |
| NY SUI/SDI Tax | -0.60 | 12.00 |
| Other | | |
| Dues | -29.00 | 145.00 |
| **Net Pay** | **$426.93** | |

Your federal taxable wages this period are $557.00

**Earnings Statement**

Period Ending: 09/10/2006
Pay Date: 09/14/2006

DEMETRIUS WRIGHT
17 SOUTH SECOND AVE
NEW YORK, NY 10550

2001 Automatic Data Processing, Inc.

90

Demetrius Wright
September 10, 2006

| NAME | | | PAY PERIOD ENDING |
|---|---|---|---|
| SIGNATURE | | | |

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| 40 / 14 | 10 | SEP 4  10:00PM  *IN*  MON | 12 |
| RATE 8/10 | | SEP 4  9:53PM  *IN*  MON | |
| AMOUNT | 8 | SEP 6  8:05AM  *IN*  WED | 9.75 |
| | | SEP 6  5:44PM  8:45  9:45 | |
| EARNINGS | | SEP 7  8:22AM  *IN*  THU | 9.25 |
| DEDUCTIONS | 8 | SEP 7  4:31PM  8:15 19:00 | |
| | | SEP 8  8:45AM  *IN*  FRI | 10.25 |
| BALANCE | | SEP 8  6:00PM 10:15 29:15 | |
| | | SEP 9  8:05AM  *IN*  SAT | 7 |
| | | SEP 9  8:00PM 12:00 42:00 | 12.15 |
| | 8 | SEP 10  7:57AM  *IN*  SUN | |
| | | SEP 10  8:00PM 12:00 54:45 | 12.75 |
| | 10 | | |
| | 10 | | |

IMPORTANT: Duplicate card numbers must NOT be used within a pay period

www.pyramidtechnologies.com
PTI 44100-10 REV. 1
© 2001 PYRAMID TECHNOLOGIES, LLC